MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB, State Bar No. 197851
dwebb@morganlewis.com
JASON B. ALLEN, State Bar No. 251759
jason.allen@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:	415.442.1000
Fax:	415.442.1001

Attorneys for Defendant
GENESCO, INC.

MILSTEIN ADELMAN, LLP
GILLIAN L. WADE, State Bar No. 229124
gwade@milsteinadelrnan.com
SARA D. AVILA, State Bar No. 263213
savila@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Tel:	(310) 396-9600
Fax:	(310) 396-9635

Attorneys for Plaintiff
MICHAEL M. FRASER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. FRASER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENESCO, INC., a Tennessee corporation, d/b/a JOHNSTON & MURPHY,<br><br>Defendant. | Case No. 2:11-cv-00598-MCE-JFM<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:	March 3, 2011<br>Trial Date:	Not Set |

Defendant Genesco, Inc. ("Genesco") and plaintiff Michael M. Fraser ("Plaintiff") hereby enter into this stipulation to extend the time by which Genesco shall respond to the complaint filed by Plaintiff on or about March 3, 2011 ("Complaint").  Genesco and Plaintiff hereby stipulate as follows:

## STIPULATION

WHEREAS, Plaintiff initiated the above-referenced action in the United States District Court in and for the Eastern District of California by filing the Complaint on or about March 3, 2011;

WHEREAS Genesco was served on or about March 28, 2011;

WHEREAS Genesco's response to the Complaint was due on or about April 18, 2011; and

WHEREAS, on April 12, 2011, counsel for Genesco requested a 28-day extension of time to respond to the Complaint, and Plaintiff's counsel granted the request.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. The time for Genesco to respond to Plaintiff's Complaint shall be extended to Monday, May 16, 2011.

**IT IS SO STIPULATED:**

Dated: April 12, 2011                     MILSTEIN ADELMAN, LLP

By:            s/Gillian L. Wade
   Gillian L. Wade
   Attorneys for Plaintiff
   MICHAEL M. FRASER

Dated: April 12, 2011                     MORGAN, LEWIS & BOCKIUS LLP

By:            s/Diane L. Webb
   Diane L. Webb
   Attorneys for Defendant
   GENESCO, INC.