UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL M. FRASER, as an individual and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>GENESCO, INC., a Tennessee corporation, d/b/a JOHNSTON & MURPHY,<br><br>     Defendant. | Case No. 2:11-cv-00598-MCE-JFM<br><br>**STIPULATED ORDER GRANTING JOINT MOTION FOR ORDER TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER AND COORDINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Ctrm:  7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed: March 3, 2011<br>Trial Date:    Not Set |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22456596.1

Case No. 2:11-cv-00598-MCE-JFM

[PROPOSED] STIPULATED ORDER GRANTING JOINT MOTION FOR ORDER TO STAY ALL PROCEEDINGS

1   Presently before the Court is Plaintiff Michael Fraser's ("Plaintiff") and Defendant
2   Genesco, Inc.'s ("Genesco") (collectively "the Parties") joint motion for an order to stay this case
3   pending the Judicial Panel on Multidistrict Litigation's ("JPML") decision on the motion to
4   transfer and coordinate (*In re: Genesco, Inc., California Song-Beverly Credit Card Act Litigation*,
5   MDL No. 2259) filed by Frank Pabst, the plaintiff in a separate action against Genesco pending in
6   the Northern District of California.

7   Having considered the papers submitted in support of the Parties' joint motion, as well as
8   admissible evidence and the applicable law, the Court, for good cause shown, hereby **GRANTS**
9   the Parties' Motion (ECF No. 15).

10   **IT IS FURTHER ORDERED THAT** all proceedings in this case are stayed immediately
11   and until such time as the JPML issues its decision on Pabst's motion to transfer and coordinate
12   and determines whether this case will be transferred to MDL No. 2259 and consolidated.

13   Defendant's Motion to Dismiss, currently scheduled to be heard before this Court on
14   August 25, 2011, at 2:00 p.m. in Courtroom 7 is denied without prejudice to re-filing at an
15   appropriate date after either the JPML issues its decision and/or the stay in this action is lifted.

16   **IT IS SO ORDERED**.

17   DATE:  June 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/22456596.1

Case No. 2:11-cv-00598-MCE-JFM

[PROPOSED] STIPULATED ORDER GRANTING JOINT MOTION FOR ORDER TO STAY ALL PROCEEDINGS